# THIS DOCUMENT FILED UNDER SEAL PURSUANT TO COURT ORDER